UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

| | |
|---|---|
| STEVEN LOUIS FLOREA and KIMBER LEE FLOREA, co-administrators of the ESTATE OF VASILLE LOUIS FLOREA, deceased,<br><br>*Plaintiffs,*<br><br>VS.<br><br>ETHEX CORPORATION, a Missouri Corporation, and K-V PHARMACEUTICAL COMPANY, a Delaware Corporation<br><br>*Defendants.* | CIVIL ACTION NO. 1:09-CV-03042-PA |

### STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE

The parties hereto, through their respective counsel, hereby stipulate and agree that the following entry may be made with respect to all claims: DISMISSED WITH PREJUDICE.

Respectfully submitted:

/s/ *Derek C. Johnson*
Arthur C. Johnson, OSB #53051
Derek C. Johnson, OSB #88234
**Johnson, Clifton, Larson & Schaller, P.C.**
975 Oak Street, Suite 150
Eugene, OR 97401-3176
Telephone: (541) 484-2434
Facsimile: (541) 484-0882
*Attorneys for Plaintiffs,*
*Steven Louis Florea and Kimber Lee Florea*

/s/ *Michael M. Weinkowitz*
Michael M. Weinkowitz
**Levin, Fisbein, Sedran & Berman**
510 Walnut Street, Suite 500
Philadelphia, PA 19106-3697
Telephone: (215) 592-1500
Facsimile: (215) 592-4663
*Attorneys for Plaintiffs,*
*Steven Louis Florea and Kimber Lee Florea*

/s/ Heather J. VanMeter
Eric J. Neiman, OSB #82351
Heather J. VanMeter, OSB #98362
**William, Kastner & Gibbs PLLC**
888 SW Fifth Avenue, Suite 600
Portland, OR 97204-2025
Telephone: (503) 228-7967
Facsimile: (503) 222-7261
*Attorneys for Defendants*
*ETHEX Corporation and K-V*

/s/ Margaret D. Hall
Margaret D. Hall
**Sonnenschein Nath & Rosenthal LLP**
2000 McKinney Avenue, Suite 1900
Dallas, Texas 75201
Telephone: (214) 259-0900
Facsimile: (214) 259-0910
*Attorneys for Defendants*
*ETHEX Corporation and K-V*
*Pharmaceutical Company*