FILED'10 JAN 20 15:23USDC-ORM

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

| | |
|---|---|
| Steven Louis Florea and<br>Kimber Lee Florea, co-administrators of the<br>Estate of Vasille Louis Florea (deceased)<br><br>    Plaintiff,<br> v.<br><br>Ethex Corporation, a Missouri Corporation,<br>and K-V Pharmaceutical Company, a Delaware<br>Corporation<br>    Defendant. | Case Number 09-3042-PA<br><br>**JUDGMENT** |

Based on the Stipulation between the parties,

IT IS ORDERED AND ADJUDGED that this case is dismissed with prejudice.

DATED this 20th day of January , 2010.

_____
District Judge OWEN M. PANNER

Page 1 - JUDGMENT          Entered on Docket _____